UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE PACIGA,

        Plaintiff,

  v.

INVUITY, INC., et al.,

        Defendants.

Case No. 17-cv-01005-JSW

**JUDGMENT**

For the reasons set forth in the Order granting Defendant's motion to dismiss the third amended complaint, the Court HEREBY enters judgment for Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: November 23, 2020

_____
JEFFREY S. WHITE
United States District Judge